**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 25-6292**

MACK ALLEN DAVIS,

Plaintiff - Appellant,

v.

SUSAN STAFFORD, Major; LT. B. SMALLS; SGT. SANDY LOWE; OFC. JOEL DIXION, Unit Manager; CPL. SHELA FLAVO, Unit Manager; LPL. MS. JACKSON, Unit Manager; LCPL. CANWRIGHT, Unit Manager; J. REUBEN LONG DETENTION, J.R.L.; OFC. HALE, Unit Manager,

Defendants - Appellees,

and

ELIZABETH LAWSON, Health Service Admin.; DR. STEVE GARMAN, Medical Director; FUTRELL OFC., Officer at J.R.L.,

Defendants.

Appeal from the United States District Court for the District of South Carolina, at Anderson. Jacquelyn Denise Austin, District Judge. (8:24-cv-05429-JDA-WSB)

Submitted: August 21, 2025                    Decided: August 26, 2025

Before WILKINSON, HARRIS, and RICHARDSON, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Mack Allen Davis, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mack Allen Davis seeks to appeal the district court's order accepting the recommendations of the magistrate judge, denying Davis's motion for a temporary restraining order, and dismissing Davis's 42 U.S.C. § 1983 complaint as to some, but not all, of the named defendants. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The order Davis seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*

3